GEORGE C. RANKIN, as Receiver of the ELMIRA NATIONAL BANK, Respondent, *v.* JOHN J. BUSH et al., Appellants, Impleaded with Another.

*Rankin* v. *Bush,* 102 App Div. 510, affirmed.
(Argued June 1, 1905; decided June 16, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered March 26, 1905, which affirmed an interlocutory judgment of Special Term overruling demurrers to the complaint.

The following questions were certified :

" 1. Does the first cause of action set forth in the amended complaint herein state facts sufficient to constitute a cause of action ?

" 2. Does the second cause of action set forth in the amended complaint herein state facts sufficient to constitute a cause of action ? "

*Judson A. Gibson* for appellants.

*Edward B. Whitney* and *Winston H. Hagen* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.